

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SONIA BAUTISTA, | § | No. 08-15-00362-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D03636) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **January 11, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before January 11, 2017.

IT IS SO ORDERED this 23rd day of November, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.